# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHEILA D. MEACHAM,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *   CIVIL ACTION 05-00619-WS-B |
| | * |
| **MICHAEL J. ASTRUE,** | * |
| **Commissioner of Social Security,** | * |
| | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated March 13, 2007, is **ADOPTED** as the opinion of this Court. The decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits and supplemental security income, is **AFFIRMED.**

**DONE** and **ORDERED** this 28th day of March, 2007

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE