IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **SHEILA D. MEACHAM,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | **CIVIL ACTION 05-00619-WS-B** |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of Social Security,** | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security, denying Plaintiff's claim for disability insurance benefits and supplemental security income, be **AFFIRMED.**

**DONE** and **ORDERED** this 28th day of March, 2007

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE